UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**MELVIN C. BURNS II,**

   Plaintiff,              **CASE NO.: 1:07cv98**

v.

                   **HON. HUGH W. BRENNEMAN, JR.**

**CITY OF MUSKEGON HEIGHTS,**      **U.S. DISTRICT MAGISTRATE JUDGE**

   Defendant.
_____/

| | |
|---|---|
| Traci M. Kornak (P45468) | Robert A. Callahan (47600) |
| GRIMM & KORNAK | PLUNKETT & COONEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 44 Grandville Avenue SW | 535 S. Burdick Ste. 256 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 |
| (616) 458-8000 | (269) 382-5935 |

_____/

## NOTICE OF LIEN

  NOW COMES Stephen L. Grimm on behalf of Grimm & Kornak and hereby asserts a lien for attorney fees and costs in the above-referenced matter.

Dated: December 18, 2007            /s/ Stephen L. Grimm
                         Stephen L. Grimm (P42215)

*Burns v. City of Muskegon Heights, et al.*
*Case No. 1:07cv98*