UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN C. BURNS, II

    Plaintiff,

-vs-                                          File No: 1:07cv98

                                              Magistrate Judge Hugh Brenneman, Jr.

CITY OF MUSKEGON HEIGHTS,

    Defendant.
_____/

| | |
|---|---|
| Traci M. Kornak  (P45468) | Robert A. Callahan  (P47600) |
| TRACI M. KORNAK | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for Defendant |
| 44 Grandville Ave., SW | 535 S. Burdick, Suite 256 |
| Grand Rapids, MI  49503 | Kalamazoo, Michigan  49007 |
| (616)  458-8000 | (269)  382-5935 |

<u>STIPULATED ORDER OF DISMISSAL</u>

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel hereto, that Plaintiff's complaint is dismissed, with prejudice and without costs.

    IT IS SO ORDERED.

Dated: January <u>24</u>, 2008        <u>/s/ Hugh W. Brenneman, Jr.</u>
                                            Magistrate Judge Hugh Brenneman, Jr.

Approved as to content
and form:

| | |
|---|---|
| __/s/ Traci M. Kornak_____ | __/s/ Robert A. Callahan_____ |
| Traci M. Kornak  (P45468) | Robert A. Callahan  (P47600) |
| Attorney for Plaintiff | Attorney for Defendant |

Branches.00560.65140.1644242-1